IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANGELA PARATO,<br><br>               Plaintiff,<br><br>   vs.<br><br>CITY OF OMAHA, a political subdivision of the State of Nebraska; JEAN STOTHERT, Mayor of the City of Omaha; TODD SCHMADERER, Chief of Police of the City of Omaha; BRIAN SCHMADERER, Police Officer of the City of Omaha; LUKAS BRAZIER, Police Officer/Employee of the City of Omaha and in his individual capacity; KRISTIN MRAZ, Police Officer/Employee of the City of Omaha and in her individual capacity; REGINALD JOHSON, Impound Lot Managaer/Employee for the City of Omaha and in his individual capacity; SHAUN MOPPIN, Employee for the City of Omaha and in his individual capacity; MICHELLE PETERS, Attorney/Employee for/of the City of Omaha and her individual capacity; MARTY BILEK, Mayor's Chief of Staff/Employee for/of the City of Omaha and in his individual capacity; and THOMAS WARREN, Mayor's Chief of Staff/Employee for/of the City of Omaha and in his individual capacity;<br><br>               Defendants. | 8:23CV391<br><br>ORDER |

This matter is before the Court on its own motion. Plaintiff filed a Complaint, Filing No. 1, on August 31, 2023. However, Plaintiff failed to include the $402.00 filing and administrative fees. Plaintiff has the choice of either submitting the $402.00 filing and administrative fees to the Clerk's office or submitting a request to proceed in forma

pauperis. Failure to take either action within 30 days will result in the Court dismissing this case without further notice to Plaintiff.

IT IS THEREFORE ORDERED that:

1. Plaintiff is directed to submit the $402.00 fees to the Clerk's office or submit a request to proceed in forma pauperis within 30 days. Failure to take either action will result in dismissal of this matter without further notice.

2. The Clerk of the Court is directed to send to Plaintiff the Form AO240 ("Application to Proceed Without Prepayment of Fees and Affidavit").

3. The Clerk of the Court is directed to set a pro se case management deadline in this matter with the following text: **October 12, 2023**: Check for MIFP or payment.

Dated this 12th day of September, 2023.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge