IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANGELA PARATO,<br><br>      Plaintiff,<br><br>vs.<br><br>CITY OF OMAHA, a political subdivision of the State of Nebraska; JEAN STOTHERT, Mayor of the City of Omaha; TODD SCHMADERER, Chief of Police of the City of Omaha; REGINALD JOHNSON, SHAUN MOPPIN, Employee for the City of Omaha and in his individual capacity; and MICHELLE PETERS, Attorney/Employee for/of the City of Omaha and her individual capacity,<br><br>      Defendants. | 8:23CV391<br><br>ORDER REGARDING PLAINTIFF'S AUTHORIZATION TO PROCEED IN FORMA PAUPERIS ON APPEAL |

  *Pro se* plaintiff Angela Parato filed her original Complaint on August 31, 2023, against the City of Omaha and five different City of Omaha officials and employees (collectively, Defendants). Filing 1. After various extensions for all parties and after Parato filed an Amended Complaint, this Court granted Defendants' motion to dismiss Parato's federal claims for "failure to state federal claims upon which relief can be granted." Filing 43 at 37. This Court dismissed Parato's remaining state-law claims after it declined to exercise supplemental jurisdiction over them. Filing 43 at 37. Instead of appealing the final judgment, Parato filed a Motion for Leave to Amend Complaint with a Second Amended Complaint. Filing 44. United States Magistrate Judge Michael D. Nelson entered an Order denying Parato's request for leave to amend. Filing 50. Parato then filed a Statement of Objections to Magistrate Judge's Order. Filing 51. After the parties fully briefed the matter, the Court overruled Parato's objections and affirmed Judge Nelson's Order denying Parato's Motion for Leave to Amend on October 24, 2025. Filing 60 at 12–13. On

1

November 21, 2025, Parato filed a Notice of Appeal, Filing 61, but she has not paid the filing fee for an appeal or filed a motion for permission to appeal *in forma pauperis*. As a result, her notice of appeal cannot presently be processed.

The Court notes that Parato previously paid the filing fee for this action. Filing 2. If Parato wishes to appeal this Court's decision without prepayment of the appellate filing fee, she should file a motion for permission to appeal *in forma pauperis* and the Affidavit Accompanying Motion for Permission to Appeal in Forma Pauperis. These forms are available on the Court's website at www.ned.uscourts.gov/public/proceeding-without-an-attorney. Otherwise, Parato is directed to pay the filing fee for an appeal. Accordingly,

IT IS ORDERED that Plaintiff is directed to pay the filing fee for an appeal or move for permission to appeal *in forma pauperis* and file the accompanying financial affidavit not later than December 8, 2025. Failure to do so will result in denial of leave to appeal *in forma pauperis*.

Dated this 25th day of November, 2025.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge